

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2021

No. 04-20-00562-CV

James D. **SCUDDAY**,
Appellant

v.

Austin **KING**, Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Justice Beth Watkins, Justice

On December 10, 2021, this court issued a letter denying "all requests for oral argument" and informing the parties that this appeal would be submitted on briefs on January 11, 2022 before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Luz Elena D. Chapa, and Justice Beth Watkins. On December 16, 2021, appellant filed a motion seeking reconsideration of the court's decision to deny oral argument. After consideration, we **DENY** appellant's motion.

It is so **ORDERED** December 27, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT